UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| BLAINE HARRINGTON III, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: |
| LEMONADE LLC, | : | COMPLAINT AND JURY DEMAND |
| Defendant. | : | |

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, BLAINE HARRINGTON III ("Harrington" or "Plaintiff"), brings this complaint in the United States District Court for the District of Colorado against LEMONADE LLC ("Lemonade" or "Defendant"), alleging as follows:

PARTIES

1. Plaintiff is an experienced, commercial travel and location photographer. Plaintiff has worked as a commercial photographer for over forty (40) years, including for most major news, business, and travel magazines throughout the world, as well as traveled to over seventy countries. Plaintiff was chosen as the Society of American Travel Writer Travel Photographer of the Year in 2005, 2006, and 2019. Plaintiff resides in Littleton, Colorado.

2. On information and belief, Defendant is a Limited Liability Company existing under the laws of the State of Colorado, with headquarters in Denver, Colorado. Defendant owns, operates, and is solely responsible for the content on its commercial website, www.lemonadeisgreat.com.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5. Defendant is subject to personal jurisdiction in Colorado and venue in this District is proper under 28 U.S.C. § 1391(b) and (c) and 1400(a) because Defendant 1) transacted business within Colorado; and 2) committed a tortious act within Colorado.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

6. Plaintiff captured the photograph, "20140802_rocyoga_106" ("Copyrighted Photograph") on August 2, 2014. [Exhibit 1].

7. On or about August 4, 2014, Plaintiff posted Copyrighted Photograph to www.blaineharrington.photoshelter.com/image?&_bqG=92&_bqH=eJyzMMoyySk3tSyKqvLOTQ.uiCoOyQ4tKvbNDAi1MrQwN7YyNDAAYSDpGe8S7GxbmZ.eqF2Un5xdrOYZHxrsGhTv6WIbClLgl5OaH.QVVlkRWKwW7.gcYlucmliUnAEA.CofNA--&GI_ID= (Last visited April 20, 2020). [Exhibit 2].

8. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on November 26, 2014 (Registration No.: VAu 1-192-921). [Exhibit 3].

9. Beginning on or about June 1, 2017, Defendant copied and posted Copyrighted Photograph to the Defendant's commercial website, www.lemonadeisgreat.com (Last visited October 4, 2017).

10. Defendant posted Copyrighted Photograph to the following URL:

    • www.lemonadeisgreat.com/barre-on-the-rocks (Last visited October 4, 2017). [Exhibit 4].

11. Defendant copied and posted Copyrighted Photograph without license or permission from Harrington.

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

12. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

13. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid and complete Certificate of Copyright Registration by the Register of Copyrights.

14. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute the Copyrighted Photograph to the public.

15. Plaintiff is informed and believes Defendant, without the permission or consent of Plaintiff, copied and used Copyrighted Photograph on Defendant's commercial website, www.lemonadeisgreat.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

16. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

17. As a result of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to actual or statutory damages, including any profits realized by Defendant attributable to the infringement, pursuant to 17 U.S.C. § 504 for Defendant's infringement of Copyrighted Photograph.

## COUNT II: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202

18. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally removed the copyright management information from Plaintiff's Copyrighted Photograph before displaying Copyrighted Photograph on Defendant's public website, www.lemonadeisgreat.com. In doing so, Defendant violated 17 U.S.C. § 1202(a)(1) and (b)(1).

19. As a result of Defendant's actions, Plaintiff is entitled to actual or statutory damages pursuant to 17 U.S.C. § 1203(c). Plaintiff is further entitled to their attorney's fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, its officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D.  Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E.  Awarding Plaintiff his costs, reasonable attorney's fees, and disbursements in this action, pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.  Awarding Plaintiff such other and further relief as is just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: April 20, 2020

__/s/__*David C. Deal*_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*